UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF SOUTH MEDICAL & SURGICAL INSTITUTE, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2353 |
| KATHLEEN SEBELIUS, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | SECTION "N" (2) |

## ORDER AND REASONS

Before the Court is the **"Motion for Summary Judgment" (Rec. Doc. 12)**, filed by the defendant, Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services (the "Secretary"), which was noticed for submission on October 17, 2012. This Court's Order, signed September 28, 2012 (Rec. Doc. 11), required that memoranda in opposition be filed not later than October 12, 2012. No such memorandum has been filed. Further, having read and considered the motion papers and the record, it appears to the Court that the Secretary's motion has merit. Accordingly,

**IT IS ORDERED** that the **"Motion for Summary Judgment" (Rec. Doc. 12)**, filed by the Secretary, is hereby **GRANTED,** and the final decision of the Secretary is **AFFIRMED**.

New Orleans, Louisiana, this 17th day of October, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**